DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 033A16 | Collin Lieberg, on Behalf of Himself and All Others Similarly Situated v. Pioneer Parent, Inc., Pioneer Merger Sub, Inc., J. Eric Pike, Charles E. Bayless, James R. Helvey, III, General Peter Pace, Daniel J. Sullivan, and James L. Turner and Pike Corporation | Plt's Motion to Dismiss Appeal | Denied **02/08/2016** |
|---|---|---|---|
| 034A16 | Edwin Beickert, On Behalf of Himself and All Others Similarly Situated v. J. Eric Pike, Charles E. Bayless, James R. Helvey III, Peter Pace, Daniel J. Sullivan, James L. Turner, Pioneer Parent Inc., Pioneer Merger Sub Inc., and Court Square Capital Partners and Pike Corporation | Plt's Motion to Dismiss Appeal | Denied **02/08/2016** |
| 035P16 | State v. William Miller Baker | 1. State's Motion for Temporary Stay (COA15-649)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **02/05/2016**<br><br>2. |
| 036P16 | State v. James Anthony Barnett, Jr. | 1. State's Motion for Temporary Stay (COA15-200)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **02/05/2016**<br><br>2. |
| 037P16 | Annabelle Umberger v. Pike Corporation, J. Eric Pike, Charles E. Bayless, James R. Helvey III, Peter Pace, Daniel J. Sullivan, James L. Turner, Court Square Capital Partners, Pioneer Parent, Inc., and Pioneer Merger Sub, Inc. | 1. Def's (Pike Corporation) PDR Prior to a Determination of COA<br><br>2. Def's (Pike Corporation) Motion to Consolidate Appeals | 1. Allowed **02/08/2016**<br><br>2. Allowed **02/08/2016** |